1 **SMITH & MYERS LLP**
2 THOMAS O. MYERS (SBN 120674)
  (myers@smithmyerslaw.com)
3 333 South Hope Street, 35th Floor
  Los Angeles, California 90071
4 Telephone: (213) 613-2380
5 Facsimile:  (213) 613-2395

6 Attorneys for Defendant
7 W3i MOBILE, LLC

8             UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10

11 DANITA DELGADO, individually      )
   and on behalf of a class of similarly )   CASE NO: CV-08-7020 VBF
12 situated individuals,             )       (PLAx)
13                                   )
                                     )       [PROPOSED] ORDER
14              Plaintiff,            )       REGARDING EXPERT
                                     )       DISCLOSURES SCHEDULE
15 v.                                )
16                                   )
   W3i MOBILE, LLC, a Minnesota      )
17 limited liability company         )
18                                   )
                Defendant.            )
19 _____  )

20
21   Pursuant to this Court's February 25, 2009 Order, Plaintiff Danita Delgado,
22 by and through her undersigned counsel, and defendant W3i Mobile, LLC, by and
23 through its undersigned counsel, conferred, agreed upon, and submitted a proposed
24
25 schedule for expert disclosures in this matter. Accordingly,
26 ///
27 ///
28

[PROPOSED] ORDER REGARDING EXPERT DISCLOSURES SCHEDULE 1

IT IS HEREBY ORDERED that,

1. Both parties shall disclose initial expert reports on or before September 1, 2009;

2. Both parties shall disclose any rebuttal expert reports on or before October 9, 2009; and

3. Both parties shall complete all expert depositions on or before October 30, 2009.

DATED: April 22, 2009

_____
United States District Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within entitled action. My business address is c/o Smith & Myers LLP, 333 South Hope Street, 35th Floor, Los Angeles, California 90071.

     On April 21, 2009, I served the following document described as **[PROPOSED] ORDER REGARDING EXPERT DISCLOSURES SCHEDULE** on all interested parties in this action by placing [x] true copies [ ] the original thereof enclosed in sealed envelopes addressed as follows: (See Attached Service List)

[ ]  (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[ ]  (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ]  I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepared.

[ ]  I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on April 21, 2009, at Los Angeles, California.

_____

## PROOF OF SERVICE LIST

*Danita Delgado v. W3i Mobile, LLC, etc., et al.*

| | |
|---|---|
| Alan Himmelfarb, Esq.<br>KAMBEREDELSON, LLC<br>2757 Leonis Boulevard<br>Vernon, California 90058 | Attorneys for Plaintiff<br>DANITA DELGADO |

SMITH & MYERS LLP
333 South Hope Street, 35th Floor
Los Angeles, California 90071
Tel: (213) 613-2380 Fax: (213) 613-2395