**SMITH & MYERS LLP**
THOMAS O. MYERS (SBN 120674)
(myers@smithmyerslaw.com)
333 South Hope Street, 35th Floor
Los Angeles, California 90071
Telephone: (213) 613-2380
Facsimile: (213) 613-2395

Attorneys for Defendant
W3i MOBILE, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANITA DELGADO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>W3i MOBILE, LLC, a Minnesota limited liability company<br><br>Defendant. | Case No: CV 2:08-7020-VBF(PLA)<br><br>**JOINT STIPULATION OF DISMISSAL** |

The undersigned parties, by their respective counsel, hereby stipulate and agree that the above-captioned matter, including any and all claims asserted therein, may be dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

---

JOINT STIPULATION OF DISMISSAL

1

6140096v1

| | |
|---|---|
| Dated: June 16, 2009 | Dated: June 16, 2009 |
|     Alan Himmelfarb /s/ | *Thomas O. Myers* /s/ |
| Alan Himmelfarb | Thomas O. Myers |
| **KAMBEREDELSON, LLC** | **SMITH & MYERS LLP** |
| 2757 Leonis Boulevard | 333 South Hope Street, 35th Floor |
| Venture, California 90058 | Los Angeles, California 90071 |
| Tel: (323) 585-8696 | Telephone: (213) 613-2380 |
| Fax: (323) 585-6195 | Facsimile: (213) 613-2395 |

**ATTORNEYS FOR PLAINTIFF**

Todd A. Noteboom
(admitted pro hac vice)
David A. Applebaum
(admitted pro hac vice)
**LEONARD, STREET AND DEINARD**
  Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Tel: (612) 335-1500

**ATTORNEYS FOR DEFENDANT**