**SMITH & MYERS LLP**  JS-6
THOMAS O. MYERS (SBN 120674)
(myers@smithmyerslaw.com)
333 South Hope Street, 35th Floor
Los Angeles, California 90071
Telephone: (213) 613-2380
Facsimile: (213) 613-2395

Attorneys for Defendant
W3i MOBILE, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANITA DELGADO, individually and on behalf of a class of similarly situated individuals, | Case No: CV 2:08-7020-VBF(PLA) |
| Plaintiff, | **ORDER RE JOINT STIPULATION OF DISMISSAL** |
| v. | |
| W3i MOBILE, LLC, a Minnesota limited liability company | |
| Defendant. | |

Pursuant to the Joint Stipulation of Dismissal, this action is hereby dismissed without prejudice.

DATED: June 17, 2009    _____
                         Valerie Baker Fairbank
                         United States District Judge

**[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL**
1

6140096v1